[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-16519
Non-Argument Calendar
_____

D.C. Docket No. 6:12-cv-01104-JA-TBS


ANGEL ASENCIO,
for himself and on behalf of a class of
all others similarly situated,

                    Plaintiff - Appellant,

versus

WELLS FARGO BANK, N.A.,
a National Bank,

                    Defendant - Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(May 29, 2013)

Before TJOFLAT, PRYOR and FAY, Circuit Judges.

PER CURIAM:

The dismissal of the appellant's complaint is affirmed for the reasons set forth in the ORDER of the district court dated November 21, 2012.  We do not reach the issue of whether or not the district court erred in denying the appellant's motion to file an amended complaint as there is no argument regarding this in the appellant's main brief.  *See United States v. Magluta*, 418 F.3d 1166, 1185 (11th Cir. 2005) (ruling that a party abandons an argument if the party fails to raise the argument in the party's initial brief).

AFFIRMED.